IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 51-2

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | |
| | ) | ORDER |
| SAMUEL ZUNIGA MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for a Detention Hearing (#48) filed by counsel for Defendant. After receiving the motion, the undersigned determined to allow the motion and set a detention hearing in this matter.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for a Detention Hearing (#48) is **ALLOWED** and a detention hearing has been scheduled and held in this matter for Defendant.

Signed: July 28, 2016

_____
Dennis L. Howell
United States Magistrate Judge