# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00127-MR
# [Criminal Case No. 1:16-cr-00051-MR-DLH-2]

| | |
|---|---|
| SAMUEL ZUNIGA MEDINA, ) ) Petitioner, ) ) vs. ) ) UNITED STATES OF AMERICA, ) ) Respondent. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 1], which the Court received on May 15, 2017.

The Court entered a Judgment against the Petitioner in his underlying criminal action on May 4, 2017. [Criminal Case No. 1:16-cr-00051-MR-DLH-2 ("CR"), Doc. 125]. The Petitioner filed a Notice of Appeal to the Fourth Circuit of Appeals immediately after his sentencing. [CR Doc. 123]. Because the Petitioner's direct appeal is currently pending in the Fourth Circuit, his motion to vacate is premature. The Court, therefore, will dismiss the motion to vacate without prejudice to the Petitioner refiling the motion after resolution of his direct appeal.

**IT IS, THEREFORE, ORDERED** that the Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody [Doc. 1] is **DISMISSED WITHOUT PREJUDICE** as premature.

**IT IS SO ORDERED.**

Signed: May 29, 2017

Martin Reidinger
United States District Judge